# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Aldo Martinez-Caudillo,<br>a.k.a., Adalberto Valle Gamez,<br>A095 282 741<br>*Defendant* | ) ) ) ) Case No. 16-375 MJ<br>) )<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 19, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Aldo Martinez-Caudillo, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about August 12, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Cassie Woo for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Ramon L. Rivera
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 21, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Ramon L. Rivera, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 19, 2016, Border Patrol Agent Rafael Orellanes encountered an individual near Gila Bend, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Aldo Martinez-Caudillo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Martinez-Caudillo was transported to the Ajo Border Patrol Station for further processing. Martinez-Caudillo was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Aldo Martinez-Caudillo to be a citizen of Mexico and a previously deported criminal alien. Martinez-Caudillo was removed from the United States to Mexico through Nogales, Arizona, on or about August 12, 2016, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Martinez-Caudillo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

of Homeland Security to return to the United States after his removal. Martinez-Caudillo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Aldo Martinez-Caudillo was convicted of Possession with Intent to Distribute Marijuana, Aid and Abet, a felony offense, on July 27, 2015, in the United States District Court, District of Arizona. Martinez-Caudillo was sentenced to a term of eighteen (18) months' imprisonment and three (3) years of supervised release. Martinez-Caudillo's criminal history was matched to him by electronic fingerprint comparison.

5. On September 19, 2016, Aldo Martinez-Caudillo was advised of his constitutional rights. Martinez-Caudillo freely and willingly acknowledged his rights and agreed to provide a statement under oath. Martinez-Caudillo stated that his true and correct name is Aldo Martinez-Caudillo and that he a citizen of Mexico. Martinez-Caudillo stated that he entered the United States illegally by walking through the desert near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 19, 2016, Aldo Martinez-Caudillo, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about August 12, 2016, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Ramon L. Rivera
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 21st day of September, 2016.

_____
Michelle H. Burns
United States Magistrate Judge

3